UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| HEATHER DUBEAU, | ) |
| GARY SEWELL, | ) No. 1:20-cr-78-PB-04 |
| DYLAN MILES, | ) |
| ELI MARGOLIS, | ) |
| CHAD ROMBOW, and | ) |
| ANDREW HUTCHINS | ) |
| | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
[21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine]

Beginning on or about an unknown date but at least by April 24, 2019, and continuing to the present, in the District of New Hampshire and elsewhere, the defendants

HEATHER DUBEAU,
GARY SEWELL,
DYLAN MILES,
ELI MARGOLIS,
CHAD ROMBOW, and
ANDREW HUTCHINS

knowingly and intentionally conspired, confederated, and agreed with each other, and with other persons known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute controlled substances, specifically, a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

Heather Dubeau's conduct as a member of the conspiracy charged above, which includes

the reasonably foreseeable conduct of other members of the conspiracy charged above, involved 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, in violation of 21 U.S.C. § 841(b)(1)(A)(viii).

Gary Sewell's conduct as a member of the conspiracy charged above, which includes the reasonably foreseeable conduct of other members of the conspiracy charged above, involved 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, in violation of 21 U.S.C. § 841(b)(1)(A)(viii).

Dylan Miles's conduct as a member of the conspiracy charged above, which includes the reasonably foreseeable conduct of other members of the conspiracy charged above, involved 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, in violation of 21 U.S.C. § 841(b)(1)(A)(viii).

Eli Margolis's conduct as a member of the conspiracy charged above, which includes the reasonably foreseeable conduct of other members of the conspiracy charged above, involved 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, in violation of 21 U.S.C. § 841(b)(1)(A)(viii).

Chad Rombow's conduct as a member of the conspiracy charged above, which includes the reasonably foreseeable conduct of other members of the conspiracy charged above, involved 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, in violation of 21 U.S.C. § 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Sections 846, 841(a), (b)(1)(A)(viii), and (b)(1)(C).

COUNT TWO
[18 U.S.C. § 922(g)(1) – Possession of a Firearm by a Prohibited Person]

On or about May 10, 2019, in the District of New Hampshire, the defendant,

DYLAN MILES,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess the following firearms in and affecting interstate commerce: an American Tactical Inc., Model Omni Hybrid, Multi-Caliber Rifle, serial number NS026228, a J. Stevens Arms Company, Model 88, .22 caliber rifle, no serial number, and a Hunter Arms Co., Inc., Model "The Fulton," 20 gauge shotgun, serial number 29598.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

NOTICE OF CRIMINAL FORFEITURE

Upon conviction of the controlled substance offense alleged in Count One, the defendants shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

Upon conviction of the offense alleged in Count Two, the defendant, Dylan Miles, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to: (A) One American Tactical Inc., Model Omni Hybrid, Multi-Caliber Rifle, serial number NS026228; (B) One J. Stevens Arms Company, Model 88, .22 caliber rifle, no serial number; (C) One Hunter Arms Co., Inc., Model "The Fulton," 20 gauge shotgun, serial number 29598, and (D) One box of .380 Winchester ammunition; and (E) Assorted ammunition.

Dated: August 17, 2020                                              A TRUE BILL

                                                              /s/ Foreperson of the Grand Jury
                                                              Foreperson of the Grand Jury

SCOTT W. MURRAY
United States Attorney
District of New Hampshire

By: /s/ Anna Z. Krasinski
    Anna Z. Krasinski
    Assistant U.S. Attorney